UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                        Case No. 24-cr-20064
                                        Hon. Matthew F. Leitman

ALONTA HOWELL,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR ONE-TIME, LIMITED MODIFICATION OF BOND CONDITIONS (ECF No. 28)

This Court previously released Defendant Alona Howell on bond. One of his bond conditions requires him to remain at his residence. Howell has filed a motion stating that a member of his family, Carolyn Blackshear, has died and that her funeral is scheduled for Saturday, August 24, 2024, at the O.W. Pye Funeral Home on Plymouth Road in Detroit, Michigan. (*See* Mot., ECF No. 28-1.) Howell has filed a motion seeking permission to attend the funeral. The Court **GRANTS** the motion and authorizes Howell to leave his residence for the sole purpose of attending the funeral of Ms. Blackshear. Howell shall travel directly to the Pye funeral home from his residence before the funeral and shall return directly to his residence following the funeral. He may be out of his residence for the funeral and related functions at the Pye funeral home from 3:00 p.m. until 9:00 p.m. He shall not go anywhere other

than the Pye funeral home during this period away from his residence.  In all other respects, Howell's original bond conditions remain in full force and effect.

    **IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  August 20, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2024, by electronic means and/or ordinary mail.

                                               s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126