UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                        Case No. 24-cr-20064

v.                                     Hon. Matthew F. Leitman

ALONTA HOWELL,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S
## MOTION TO SUPPRESS EVIDENCE (ECF No. 21)

On October 29, 2024, the Court held a hearing on Defendant Alonta Howell's motion to suppress evidence. (*See* Mot., ECF No. 21.)  For the reasons stated on the record during the motion hearing, the motion is **DENIED**.

    **IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  October 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 29, 2024, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126