UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 24-cr-20064
Hon. Matthew F. Leitman

ALONTA HOWELL,

    Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION TO CHANGE THIRD-PARTY CUSTODIAN (ECF No. 35)

On March 12, 2025, Defendant Alonta Howell filed a motion to change his third-party custodian to his aunt, Sakena Blackshear. (*See* Mot., ECF No. 35.) For the reasons stated in the motion, the motion is **GRANTED**. The Pretrial Services Department shall obtain a new third-party custodian form from Ms. Blackshear.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 24, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 24, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1