UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                        Case No. 24-cr-20064
v.                                    Hon. Matthew F. Leitman

ALONTA JEROME HOWELL,

    Defendant.

_____/

## **ORDER OF DETENTION PENDING TRIAL**

On August 13, 2025, the Court held a hearing to review whether Defendant should be detained pending trial pursuant to an arrest warrant issued on July 10, 2025.  At the hearing and in open court, Defendant, with the advice of counsel, agreed to remain in custody and consented to detention.  In any event, as the Court expressed on the record, it is not inclined to release Defendant at this time. Therefore, Defendant shall be detained pending trial.

    **IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated:  August 13, 2025

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
