UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 24-cr-20064
Hon. Matthew F. Leitman

v.

ALONTA JEROME HOWELL,

      Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION IN LIMINETO EXCLUDE IMPROPER 404(B) EVIDENCE (ECF #21)**

On January 26, 2026, the Court held a hearing on Defendant's Motion in Limine to Exclude Improper 404(b) Evidence. (See Mot., ECF No. 57.) The Court further addressed the motion at the beginning of the trial day on January 27, 2026. For the reasons explained on the record on both January 26 and January 27, the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The motion is **DENIED** to the extent that it seeks exclusion of the photograph and text messages found at ECF Nos. 57-2 and 57-4. The Government shall be permitted to introduce that evidence at trial.

2. The motion is **GRANTED** to the extent that it seeks exclusion of the photograph found at ECF Nos. 57-3. The Government shall not be permitted to introduce that evidence at trial.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 27, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 27, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126